# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DWAYNE OLIVE, | Case No. 1:15-cv-01645 DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE |
| v. | |
| NARAYAN, | |
| Defendant. | THIRTY-DAY RESPONSE DEADLINE |

Plaintiff Damien Dwayne Olive ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 30, 2015.[1]

On February 10, 2016, the Court screened Plaintiff's complaint and dismissed it with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and he has failed to file an amended complaint or otherwise communicate with the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff SHALL file a response to this order within thirty (30) days from the date of service. Plaintiff may

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 12, 2016.

also comply with this order by filing an amended complaint in accordance with the February 10, 2016, order.

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**April 7, 2016**__                    /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE