# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIEN DWAYNE OLIVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NARAYAN,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:15-cv-01645 DLB<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 10) |

　　　Plaintiff Damien Dwayne Olive ("Plaintiff"), a state inmate in the custody of the California Department of Corrections and Rehabilitation, is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on October 30, 2015.[1]

　　　On April 7, 2016, the Court issued an order to show cause why this action should not be dismissed for failure to follow a Court order and failure to prosecute.  Plaintiff was ordered to file a response, or a First Amended Complaint, within thirty (30) days of the date of service of the order.

///

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 12, 2016.

On April 28, 2016, Plaintiff filed his First Amended Complaint. Accordingly, the order to show cause is DISCHARGED. Plaintiff's First Amended Complaint will be screened in due course.

IT IS SO ORDERED.

Dated: __**April 29, 2016**__                    /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE